UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFERY COLEMAN, ELIZABETH COLEMAN, CAITLIN COLEMAN, ppa JEFFERY COLEMAN, and EMMA COLEMAN, ppa JEFFERY COLEMAN<br><br>Plaintiffs,<br><br>v.<br><br>THE RAYMOND CORPORATION,<br><br>Defendant. | Case No. _____ |

## THE RAYMOND CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, and for its Corporate Disclosure Statement, Defendant The Raymond Corporation, a non-governmental entity, states that it is wholly owned by Raymond Consolidated Corporation, which is not a publicly held corporation, and that no publicly held corporation owns ten percent (10%) or more of The Raymond Corporation's stock.

Dated: March 4, 2014.

/s/ Kevin D. McElaney
Kevin D. McElaney, Esq./BBO#546460
John F. Brosnan, Esq./BBO#556678
O'MALLEY AND HARVEY, LLP
155 Federal Street, 12th Floor
Boston, MA  02110-1727
Phone: 617-357-5544
Fax: 617-204-3477
kdm@omalleyharvey.com
jfb@omalleyharvey.com
Attorneys for Defendant, The Raymond Corporation.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 4th day of March, 2014.

THE RAYMOND CORPORATION
By its attorneys,


/s/ John F. Brosnan
Kevin D. McElaney/BBO#546460
John F. Brosnan/BBO#556678
O'Malley and Harvey, LLP
155 Federal Street, 12th Floor
Boston, MA  02110-1735
TEL:  (617) 357-5544
FAX:  (617) 204-3477
kdm@omalleyharvey.com
jbrosnan@omalleyharvey.com